NUMBER 13-06-279-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

_______________________________________________________

 

RAFAEL ARREDONDO, M.D.,                                     Appellant,

 

                                           v.

 

ADAN
BERLANGA D/B/A BERVI NATURAL STONE,          Appellee.

_______________________________________________________

 

             On appeal from the County
Court at Law No. 1 

                          of Cameron
County, Texas.

_______________________________________________________

 

                     MEMORANDUM OPINION

 

               Before Justices
Rodriguez, Castillo, and Garza

Memorandum
Opinion Per Curiam

 








Appellant, RAFAEL
ARREDONDO, M.D., perfected an appeal from a judgment entered by the County Court at Law No. 1 of Cameron County, Texas,
in cause number 2003-CCL-1189-A.  After the notice of appeal was filed,
appellant filed a motion to dismiss the appeal. 
In the motion, appellant states that this case has been resolved and
appellant no longer wishes to prosecute this appeal.  Appellant requests that this Court dismiss
the appeal.

The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellant=s motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and 

filed this the 6th day of July, 2006.